# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0355.  DANIEL ERIC COBBLE v. THE STATE.**

Daniel Eric Cobble was convicted of two counts of felony obstruction of a law enforcement officer, and we affirmed his convictions on direct appeal.  *Cobble v. State*, 297 Ga. App. 423 (677 SE2d 439) (2009).  Cobble subsequently filed an extraordinary motion for a new trial, which the trial court dismissed.  Cobble appealed that order, and we affirmed in an unpublished opinion.  *Cobble v. State*, Case No. A13A2347 (Jan. 6, 2014).  In August 2016, Cobble filed another extraordinary motion for a new trial.  The trial court dismissed the motion, and Cobble filed this direct appeal.  We lack jurisdiction.

Appeals from the denial or dismissal of an extraordinary motion for a new trial must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Cobble's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal.[1]  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

Each of the pro se motions Cobble has filed in this appeal is DENIED AS MOOT.

---

[1] Moreover, because Cobble previously filed an extraordinary motion for a new trial, the trial court lacked jurisdiction to consider the instant motion.  See OCGA § 5-5-41 (b); *Richards v. State*, 275 Ga. 190, 191, n. 1 (563 SE2d 856) (2002).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/20/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*